**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| ZELDA,<br><br>   *Plaintiff*,<br><br> v.<br><br>JEFFERSON B. SESSIONS, III,<br>Attorney General of the<br>United States, et al.,<br><br>   *Defendants*. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 18-cv-1966<br>)<br>)<br>)<br>) |

## ORDER GRANTING TEMPORARY STAY OF REMOVAL

Upon consideration of Plaintiff's Emergency Motion for a Stay of Removal, the memorandum and exhibits in support thereof, the opposition thereto, and for the reasons stated in open Court at the motion hearing this date, it is **HEREBY ORDERED** that Defendants, their agents, and any person acting in concert with them are enjoined from removing Plaintiff Zelda from the United States pending resolution of the Court's determination of whether it has jurisdiction to enter a stay of removal in this case.

  **SO ORDERED.**

**Signed: Emmet G. Sullivan**
     **United States District Judge**
     **August 23, 2018**